COURTROOM MINUTE SHEET - CRIMINAL HEARINGS
U.S. DISTRICT COURT - WICHITA, KANSAS

Date: 12-22-22

FILED
U.S. District Court
District of Kansas

DEC 22 2022

Clerk, U.S. District Court
By _____ Deputy Clerk

United States of America,
Plaintiff,

v.

Jason Darren Arnett
Defendant.

via Zoom

Case No. 22-m-6337-01-KGG
Age: 39

JUDGE: ☐ Birzer  ☒ Gale
DEPUTY CLERK: ☐ Anderson  ☒ Carter
INTERPRETER: ☐ Vargas ☐ Badillo ☐ Martinez
☐ Ping ☐ Rivera ☐ Vilaythong
☐ Sworn

AUSA: David Lind
DEFENSE COUNSEL: Mitch Bielrighauser
TAPE NO.: 1:35 - 1:56;
2:28 - 2:51

## PROCEEDINGS

☐ Initial Appearance
☒ Initial Rule 5(c)(3)  19 min
☐ Sentencing
☐ In-Court Hearing: _____
☐ Arraignment   ☐ Reading waived

☐ Detention Hearing
☐ Preliminary Hearing
☐ Change of Plea

☐ Read to Defendant

☐ Bond Rev. Hrg
☐ Pretrial Conference

☐ Not Guilty Plea Entered

☐ Complaint  ☐ Indictment  ☐ Information  ☐ Pet. Revoke Supervision  ☒ No. Counts: 1  ☐ Forfeiture
☐ Felony  ☐ Misdemeanor  ☒ Pet. Revoke Bond
☒ Charges/Viols. and penalties explained to Defendant
☒ Constitutional rights explained
☒ Defendant affirmation/sworn   ☒ Examined re: financial status   ☒ Counsel appointed
☐ Due Process Protections Act advisement given
☐ Defendant given Consular Notification
☒ Advised of rights under Rule  ☒ 20  ☒ 5(c)(3)  ☐ Transfer to: _____
☐ Signed Wvr Ind   ☐ Signed Consent to MJ   ☐ Petition to Plea filed   ☐ Plea Agmt filed   ☐ PSI ordered

☐ Release ordered   ☐ Bond fixed at: $ _____   ☐ Continued on present bond/conditions
☒ Oral Mot. for   det.; ~~granted~~   ☐ Detention ordered   ☒ Remanded to custody
☒ temp. det granted

☐ Defendant waived the right to a detention hearing. The Court accepted the waiver and granted the Government motion for detention.
☐ Defendant waived the right to a preliminary hearing. The Court accepted the waiver and found probable cause as alleged.
☐ Oral Motion by Government for detention is        ☐ granted.  ☐ denied.  ☐ withdrawn.  ☐ taken under advisement.
☐ Oral Motion by Defendant to continue detention and preliminary hearing is  ☐ granted.  ☐ denied.
☐ The Government adopted the recommendations of Pretrial Services for release on conditions.
☐ Defendant waived the right to an identity hearing. The Court accepted the waiver and found Defendant to be the person named. Defendant waived the right to a detention hearing in the District of Kansas. The Court accepted the waiver and granted the Govt. motion for detention pending proceedings in the charging District.

Defendant's next appearance:  ☐ as directed before Judge _____
☐ per the Scheduling Order of Judge _____
☒ on 12-28-22 at 1:30  ☐ a.m. ☒ p.m. before Judge Gale
In Courtroom 406 or Via ZoomGov
for ☒ detention hearing ☐ arraignment ☐ prelim hearing ☐ _____

NOTES: Defendant has given oral permission to conduct hearing via Zoom video.