AO 470   (Rev. 8/85) Order of Temporary Detention

# UNITED STATES DISTRICT COURT

FOR THE _____ District of _____ KANSAS _____

UNITED STATES OF AMERICA

v.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

FILED
U.S. District Court
District of Kansas
DEC 22 2022
Clerk, U.S. District Court
By _____ Deputy Clerk

JASON DARREN ARNETT
_Defendant_

Case Number: 22-M-6337-01-KGG

Upon motion of the _____Government_____, it is ORDERED that a detention hearing is set for __Dec. 28, 2022__* at __1:30__
                                                        _Date_                              _Time_

before _____Kenneth G. Gale, United States Magistrate Judge_____
                        _Name of Judicial Officer_

Wichita, Kansas
_Location of Judicial Officer_

Pending this hearing, the defendant shall be held in custody by (the United States marshal) ( _____

_____United States Marshal Service_____ ) and produced for the hearing.
_Other Custodial Official_

Date: __12/22/22__                                   _____
                                                      _Judicial Officer_

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant.  18 U.S.C. § 3142(f)(2).

   A hearing is required whenever the conditions set forth in 18 U.S.C. § 3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.